FILED
JUL - 7 2020
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY           DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>COLLEGE CORNER, LLC, a California Limited Liability Company; NOE A. TRUJILLO; and CRISTINA TRUJILLO,<br><br>　　　　　　　Defendants. | Case No.: 3:20-cv-00522-BEN-KSC<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>[Doc. 16] |

Pursuant to Federal Rule of Civil Procedure 41(a)(2), the parties move to dismiss this action with prejudice as to all parties. The motion is **GRANTED**. Each party shall bear its own costs, expenses, and fees.

**IT IS SO ORDERED.**

DATED: July 6, 2020

　　　　　　　　　　　　　　　　HON. ROGER T. BENITEZ
　　　　　　　　　　　　　　　　United States District Judge